AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

WAYNE ANTOINE

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, CAPTAIN THOMAS H. DELAHANTY, POLICE OFFICER BRIAN RAMOS, SHIELD NO. 9885

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 7619**

JUDGE RAKOFF

TO: (Name and address of defendant)

Captain Thomas H. Delahanty
2860 West 23rd Street
Brooklyn NY 11224

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicole Bellina, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE  AUG 2 7 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 11-21-07

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at the 122 pct to Lt. Lomands at 1635 A.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-21-07
Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave, Bklyn NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.